THE PEOPLE OF THE STATE OF NEW YORK ex rel. W. A. REALTY CORPORATION, Appellant, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Respondents.

Argued April 20, 1948; decided May 21, 1948.

*Christian S. Lorentzen* for appellant.

*John P. McGrath, Corporation Counsel (Anthony Curreri, William F. Murphy* and *Morris Handel* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.